

LAW OFFICES OF
CHRISTOPHER T. HOWELL, ESQ. (Id. 000932-2003)
315 Broad Street
Bloomfield, NJ 07003
Phone: 973-259-1122
Fax: 973-259-0102
**Attorneys for Plaintiff**

| | |
|---|---|
| ALBERONA MARKET<br><br>*Plaintiff(s,)*<br><br>vs.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY<br><br>*Defendant(s).* | UNITED STATES DISTIRCT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 2:17-cv-03678<br><br>CIVIL ACTION<br><br>**VOLUNTARY STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby voluntarily stipulated and agreed that same be dismissed without prejudice against Defendant, ATLANTIC CASUALTY INSURANCE COMPANY.

Law Offices of Christopher T. Howell, Esq.
Attorneys for the Plaintiffs, Alberona Market

_____
CHRISTOPHER T. HOWELL, ESQ.
DATED: 6/7/17

Keidel, Weldon & Cunningham, LLP
Attorneys for Defendant, Atlantic Casualty Insurance Company

_____
DEBRA M. KREBS, ESQ.
DATED: 6/7/17

So Ordered-
Esther Salas, USDJ
6/12/17